United States District Court
Western District of Michigan

Bernard Hardrick,
    Petitioner,

v.

Unknown Pynnonen (AMF Inspector), and
Regina Kemp (AMF Libraria),
    Respondents.

FILED - MQ
February 21, 2025 10:09 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: mlc  SCANNED BY: /2/10/05

2:25-mc-4
Maarten Vermaat
U.S. Magistrate Judge

## Petition To Perpetuate Testimony Before An Action Is Filed, Under Fed. R. Civ. P. 27(a)

Now comes Petitioner, Bernard Hardrick, Pro Se, petitioning this Honorable Court to grant said Petition and allow the Petitioner to take depositions on the above Respondents so to perpetuate testimony to ungrave a First Amendment violation, and possibly criminal conduct, before an actual complaint is filed, and states the reasons as followed:

1. The Petitioner, Bernard Hardrick, who is an indigent prisoner, will be the Plaintiff party in a §1983 complaint in this Court once material evidence of Constitutional and criminal misconduct has been fully developed by way of depositions against the above Respondents.

2. The subject matter and/or nature of the claim will involve the unconstitutional and unlawful conversion of the Petitioner's legal material that he submitted for copies to be made by Respondent Kemp who functions as the Baraga Correctional Facility (AMF) Law Librarian in which she capriciously submitted to Respondent Pynnonen who functions as the "Inspector" here at AMF.

1.

3. The facts set out to be established by the Petitioner before he can bring forth an action will consist of:

(1) On or about November 1, 2024, the Petitioner submitted a civil complaint that he drafted against an AMF employee by the name of "Junet", by way of Photocopy Disbursement, to be processed by Respondent Kemp.

(2) Instead of processing the Petitioner's legal documents (civil complaint), Ms. Kemp secretively, and capriciously, handed the legal documents over to Inspector Pynnonen at some point in time, and did so without administering a 'Notice of Intent' (N.O.I.) to the Petitioner as required by MDOC Policy Directive when employees confiscate prisoners property.

(3) It was not until over a month later, after filing a grievance concerning the whereabouts of the legal documents, did Ms. Kemp finally confessed to the Petitioner that she gave the legal documents to Inspector Pynnonen without administering an N.O.I. and used the lousy excuse of claiming that the Petitioner's civil complaint that he turned in for copies as being "suspicious" for "missing characters" and because the Photocopy Disbursement used to process the copy request had a different housing unit location on it that was not of the Petitioner's housing unit.

Respondent Pynnonen did not administer any NOI to allow the Petitioner due process of retrieving his legal material and has arbitrarily decided to keep the Petitioner's civil complaint against his fellow AMF employee "Junet" by labling it as "suspicious" and being part of an "ongoing investigation".

4. Both Respondents are employeed and located at: Baraga Correctional Facility (AMF), 13924 Wadaga Rd., Baraga, MI 49908.

5. The Petitioner proposes that the taking of depositions by the above Respondents will not be costly or a financial burden upon them or this Court as the deposition will at best only consist of maybe 10 questions to each Respondent to extract the required testimony needed to prove as evidence their collusion to conspire against and unlawfully confiscated

the Petitioner's legal documents which consisted of a civil complaint against one of their fellow employees in violation of Constitutional and criminal statutes.

## Verification

I, Bernard Hardrick, pursuant to 28 USC 1746, deposes and states under the penalty of perjury that the foresaid statements in this Petition For Depositions are true and correct to the best of my Knowledge, Information, and Belief.

Dated: February 13, 2025

S: /s/ Bernard Hardrick
Bernard Hardrick

3.

Bernard Hardrick
#606507
Baraga Corr. Fac.
13924 Wadaga Rd.
Baraga, MI 49908

Case 2:25-mc-00004-MV    ECF No. 1,  PageID.4    Filed 02/21/25    Page 4 of 5



US District Court
Court Clerk office
P.O. Box 698
Marquette, MI 49855